M. P. MOLLER, INC., Appellant, *v.* TEMPLE ISRAEL OF WASHINGTON HEIGHTS, INC., et al., Respondents.

Submitted April 26, 1937; decided April 30, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 571.)

TOWN OF OYSTER BAY, Appellant, *v.* ROBERT MOSES et al., Respondents.

Submitted April 26, 1937; decided April 30, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 631.)

AUGUSTA C. OTTMANN, as Administratrix of the Estate of MILFORD H. OTTMANN, Deceased, Appellant, *v.* VILLAGE OF ROCKVILLE CENTRE et al., Respondents, Impleaded with Another.

Submitted April 19, 1937; decided May 18, 1937.

Motion for reargument and to amend the remittitur granted to the extent of permitting reargument as to the liability of the individual defendant Otto Stoye. Case set down for argument during the fourth week of the present session. (See 273 N. Y. 205.)